**The following constitutes
the order of the court. Signed August 10, 2010**

_Charles Novack_

**Charles Novack
U.S. Bankruptcy Judge**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| CRAIG LEWIS ATAIDE | ) | Case No. 10-56276 CN |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | **PRIOR TO CONFIRMATION** |
| Debtor | ) | |

DEVIN DERHAM-BURK, Chapter 13 Trustee's Declaration in Support of Dismissal for

Failure to Make  First Plan Payment  has been considered by the Court.

IT IS ORDERED that the above case is hereby dismissed and that any restraining orders

heretofore issued be dissolved.  After payment of allowed adequate protection payments,

administrative costs and fees, the Trustee shall return to the Debtor any remaining balance of

debtor funds on hand.

/

/

/

/

The Trustee shall submit at a later date, her Trustee's Final Report and Account for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court

* * * END OF ORDER * * *

10-56276 CN - Order of Dismissal Prior to Confirmation

<u>**COURT SERVICE LIST**</u>

Case Name:   CRAIG LEWIS ATAIDE                         Case No.:  10-56276 CN

CRAIG LEWIS ATAIDE
114 LAS BRISAS DR
MONTEREY, CA  93940

LAW OFFICES OF CHRISTOPHER
ALLIOTTS
60 W ALISAL ST #10
SALINAS, CA  93901